395 U.S. 210
 89 S.Ct. 1767
 23 L.Ed.2d 213
 BROTHERHOOD OF RAILROAD TRAINMENT et al.
v.
John P. O'CONNELL, etc., et al.
 No. 158.
 
 Elmer L. DIRKS, Individually and as General Chairman
 of the Brotherhood of Railroad Trainmen, et al.,
 v.
 W. L. BIRKHOLZ et al.
 No. 172.
 Supreme Court of the United States
 May 26, 1969
 Arnold B. Elkind, New York City, for petitioners in No. 158.
 David L. Uelmen, Milwaukee, Wis., for petitioners in No. 172.
 Lee Leibik, Chicago, Ill., for respondents.
 On Writs of Certiorari to the United States Court of Appeals for the Second and Seventh Circuits.
 PER CURIAM.
 
 
 1
 The judgments are vacated and the cases are remanded to the respective district courts with instructions to dismiss the cases as moot.